UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>SOLOMON HAYES,<br><br>                           Defendant. | **ORDER**<br><br>23 Cr. 0038-3 (ER) |

Ramos, D.J.:

      The C.J.A. attorney assigned to this case, Thomas Francis Dunn, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Gary Kaufman**.

SO ORDERED.

Dated: New York, New York
         August 1, 2023

                                                    Edgardo Ramos, U.S.D.J.